## In the Matter of Frederick Hall.

[The preceding case *In the matter of John Morton affirmed.*]

Where a witness is committed until he shall submit to answer, he is entitled to discharge when the proceeding is discontinued. (Per MANNING J.)

*Heard May 14th. Decided May 15th.*

Habeas Corpus. The petition showed that, on a complaint being made before a justice of the peace under section 9 of the Prohibitory Liquor Law, petitioner was subpœnaed as a witness to lay the foundation for process against the person complained of; that a question was put to him which he refused to answer; whereupon the justice issued his warrant, committing him to the common jail until he should submit to answer the question, and be discharged by due course of law. The petition further showed that on issuing this commitment all further proceedings on the complaint were discontinued. The complaint

was the same set forth in the preceding case of *John Morton.*

The sheriff having returned the commitment as his authority for detaining the petitioner in custody,

*G. V. N. Lothrop* and *C. I. Walker*, for the petitioner, presented affidavits to substantiate the statement in the petition of the discontinuance of proceedings on the complaint. They also further introduced the same proceedings and relied upon the same objection as in the preceding case of *John Morton.*

*D. E. Harbaugh* and *A. Williams*, contra, objected to the reading of these affidavits and proceedings, and insisted further that no adjournment of the inquiry was necessary; and that it continued open.

THE COURT allowed them to be read, and ordered the petitioner discharged; holding that the Justice obtained no jurisdiction, because the complaint did not set forth facts and circumstances, and therefore there was nothing to authorize the examination of witnesses.

MANNING J. was of opinion that the commitment was correct, and that the witnesses subpœnaed to testify in such cases could not raise the question of the sufficiency of the complaint. But he concurred in discharging Hall on the ground that the proceedings before the Justice had become discontinued, and that the commitment would not authorize an imprisonment when the prisoner could not have an opportunity to purge his contempt by answering.

*Prisoner discharged.*